IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 22-40446 |
| SANDY ROAD FARMS, LLC, | ) |
| | ) Chapter 11 |
| Debtor. | ) |

### AMENDED STATEMENT OF AUTHORIZATION FOR BANKRUPTCY FILING

Debtor Sandy Road Farms, LLC hereby submits the following Statement of Authorization for Bankruptcy Filing:

1. Debtor Sandy Road Farms, LLC ("Debtor" or "SRF") initiated this bankruptcy proceeding with the filing of its Chapter 11 Petition on August 1, 2022. Prior to this bankruptcy filing, the sole member of SRF passed a Resolution authorizing the bankruptcy filing and the employment of bankruptcy counsel (the "Resolution").

2. In support of this Statement, Debtor attaches an executed copy of the Resolution. The Resolution remains in full force and effect.

Respectfully submitted,

McDOWELL, RICE, SMITH & BUCHANAN

By: /s/ Jonathan A. Margolies
    Jonathan A. Margolies   MO #30770
                                         KS Fed #70693
605 West 47th Street, Suite 350
Kansas City, MO 64112
816/753-5400
Fax: 816/753-9996
jmargolies@mcdowellrice.com

ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed with the United States Bankruptcy Court, District of Kansas, using the CM/ECF court filing system and served upon the following:

Office of the United States Trustee
301 North Main Street, Suite 1150
Wichita, KS 67202

                                     /s/Jonathan A. Margolies
                                     Attorney for Debtor

# RESOLUTION OF THE SOLE MEMBER OF
# SANDY ROAD FARMS, LLC

The undersigned, being the sole Member of Sandy Road Farms, LLC, a Kansas limited liability company (the "**Company**"), hereby consents in writing to the adoption of, and does hereby adopt and ratify, the following resolutions by the Company:

**WHEREAS,** the Company previously entered into that certain Chief Restructuring Officer Agreement, effective as of January 18, 2022 (the "**CRO Agreement**"), pursuant to which the management of the business and financial affairs of the Company vested in CFO Solutions, LLC d/b/a Ampleō ("**Ampleō**" or the "**CRO**").

**WHEREAS,** the Company is or likely will become unable to pay claims alleged to be due and the assets of the Company may be impaired.

**WHEREAS,** the Company has considered various alternatives and strategies to improve its financial condition and maintain its business operations.

**WHEREAS,** the Company has determined on advice of counsel that it is necessary and appropriate for the Company to seek relief by filing a petition under Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**") in a bankruptcy court with proper jurisdiction to adjudicate the bankruptcy proceeding of the Company (the "**Bankruptcy Court**") and that such relief serves the best interests of the Company and its creditors.

**WHEREAS,** it is vital for the Company to engage knowledgeable, experienced, and competent bankruptcy counsel for representation in a bankruptcy case.

**NOW, THEREFORE, BE IT RESOLVED,** that the Company is authorized to seek protection under the Bankruptcy Code and that the CRO be and hereby is authorized and empowered to execute petitions, instruments, and other documents and pursue such proceedings as may be necessary to secure for the Company any and all relief to which it may be entitled under the Bankruptcy Code.

**BE IS RESOLVED,** that the CRO, subject to any necessary approval of the Bankruptcy Court and the terms of any such approval, shall retain all rights, powers, and authority granted under the CRO Agreement and shall conduct the business and retain all decision-making for the Company during the course of the bankruptcy proceeding.

**BE IT FURTHER RESOLVED,** that the Member has elected to employ the law firms of Cairncross & Hempelmann, P.S. and McDowell, Rice, Smith & Buchanan P.C. as counsel in the representation of the Company in connection with all aspects of the Chapter 11 bankruptcy proceeding, to provide the law firms

with retainers prior to the filing of the Chapter 11 Petition, and to pay the law firms according to the respective rates for all services incurred and costs expended in such representation of the Company.

**IN WITNESS WHEREOF,** the undersigned hereby adopts the above resolutions and has hereunder affixed his signature in his capacity as the sole Member of the Company; it being understood that this action by the Member shall be effective retroactively as of the date hereof upon execution by the Member.

DATED: July __27__, 2022

_____
John Edward Crum, Sole Member