Fill in this information to identify the case:
Debtor name: Sandy Road Farms, LLC
United States Bankruptcy Court for the: DISTRICT OF KANSAS
Case number (if known): 22-40446

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AJ Electric<br>PO Box 1209<br>Meade, KS 67864 | | Good/services provided | Disputed | | | $31,545.12 |
| Bruntlett Elevator<br>906 Park St.<br>Gowrie, IA 50543 | | | Disputed | | | $340,363.14 |
| Encore Energy Services, Inc.<br>PO Box 3607<br>Omaha, NE 68103-0607 | | Goods/services provided | | | | $118,908.11 |
| Enviro-AG Engineering, Inc.<br>3404 Airway Blvd<br>Omaha, NE 68103-0607 | | Goods/services provided | | | | $63,507.05 |
| Genesus Genetics, Inc.<br>4501 West Homeland Drive<br>Sioux Falls, SD 57106 | | Goods/services provided | Disputed | | | $227,340.00 |
| Hammel Scale Co., Inc.<br>1530 N Mosley St.<br>Wichita, KS 67214 | | Goods/services provided | | | | $52,490.00 |
| Hog Slat Incorporated<br>PO Box 538279<br>Atlanta, GA 30353-8279 | | Goods/services provided | Disputed | | | $74,815.56 |
| Issac Welding<br>5106 #7 Road<br>Plains, KS 67869 | | Goods/services provided | | | | $43,330.11 |

| Debtor | Sandy Road Farms, LLC | | Case number (if known) | 22-40446 | | |
|--------|------|---|---|---|---|---|
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Meade County Treasurer<br>PO Box 670<br>Meade, KS 67864-0670 | | Taxes | | | | $118,161.65 |
| Penn Millers Insurance Company<br>PO Box P<br>Wilkes Barre, PA 18773-0016 | | Goods/services provided | | | | $53,873.00 |
| Pipestone Valley Veterinary<br>2435 Bethany Road<br>Sycamore, IL 60178 | | Goods/services provided | | | | $585,336.70 |
| QC Supply<br>PO Box 581<br>Schuyler, NE 68661 | | Goods/services provided | | | | $70,438.38 |
| Rabo AgriFinance<br>14767 N Outer 40 Rd.<br>Suite 400<br>Chesterfield, MO 63017 | Jeff.Hanson@rabo.com | All real and personal property of Debtor | | $19,173,152.00 | $7,000,000.00 | $12,173,152.00 |
| Rabo AgriFinance<br>14767 N Outer 40 Rd.<br>Suite 400<br>Chesterfield, MO 63017 | | All real and personal property of Debtor | | $17,461,776.00 | $7,000,000.00 | $10,461,776.00 |
| Rabo AgriFinance<br>14767 N Outer 40 Rd.<br>Suite 400<br>Chesterfield, MO 63017 | Jeff.Hanson@rabo.com | All real and personal property of Debtor | | $13,526,258.00 | $7,000,000.00 | $6,526,258.00 |
| Rabo AgriFinance<br>14767 N Outer 40 Rd.<br>Suite 400<br>Chesterfield, MO 63017 | Jeff.Hanson@rabo.com | All real and personal property of Debtor | | $8,150,412.00 | $7,000,000.00 | $1,150,412.00 |
| Seward County Treasurer<br>515 N Washington, Ste 102<br>Liberal, KS 67901-3495 | | Taxes | | | | $111,744.51 |
| Stapleton Hog Farm<br>10006 E Rd<br>Plains, KS 67869 | | Money owed | Disputed | | | $42,797.42 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Case 22-40446    Doc# 15    Filed 08/02/22    Page 2 of 3

| Debtor | Sandy Road Farms, LLC | Case number (if known) | 22-40446 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Topigs Norsvin USA<br>12750 Nicollet Ave S, Ste 300<br>Burnsville, MN 55337 | | Goods/services provided | | | | $141,202.40 |
| Valley View Milling, LLC<br>2875 State Highway 83<br>Seneca, KS 66538 | | Goods/services provided | Disputed | | | $297,844.58 |